IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DARRELL CHRISTOPHER YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-0117 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| COUNTRYWIDE HOME LOANS AND BANK OF AMERICA HOME LOANS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 12) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___10th___ day of March, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court